UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUPREE, | 1:05-cv-01289-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| HICKMAN, et al., | **ORDER DENYING MOTION FOR INJUNCTIVE RELIEF** (Doc. 10) |
| Defendants. | |

Plaintiff, Christopher Dupree ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 13, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On February 3, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.  On February 7, 2006, plaintiff filed another objection.

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | de novo review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1.   The Findings and Recommendations, filed January 13,
8 | 2006, are ADOPTED IN FULL; and,
9 | 2.   Plaintiff's motion for injunctive relief, filed
10 | December 23, 2005, is DENIED.
11 | IT IS SO ORDERED.

**Dated:  March 3, 2006**           /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

2