# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUPREE, | CV F   05 1289 REC SMS P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION /COPY OF NOTICE (Doc. 4.) |
| HICKMAN, et. al., | |
| Defendants. | |

    Christopher DuPree ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on October 12, 2005.  On October 25, 2005, Plaintiff submitted a pleading to the Court titled "Plaintiff's Notification to Clerk of Federal Court/Request for Relief/Only copy of Notice."   The basis of this pleading is unclear, however. Plaintiff informs the Court that he is being subjected to constitutional violations and confiscation of his legal documentation.  Plaintiff also complains that the Defendants have refused to

1

1  adequately train, supervise or control prison officials.

2      To the extent that Plaintiff's motion concerns allegations raised in the Complaint, the Court will resolve those issues in due course.  Insofar as Plaintiff's allegations in this document concern those that were raised in his Motion for Injunctive Relief, such Motion was resolved by the Court on January 13, 2006, and March 6, 2006.  In light of the above, the Motion filed on October 25, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   July 28, 2006**               /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

2